# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PATRICK D. TRIVISON, *individually and on behalf of all others similarly situated*, | ) CASE NO. 1:20-cv-00711 ) ) JUDGE DAVID A. RUIZ ) |
| Plaintiff, | ) ) |
| v. | ) ) **ORDER OF DISMISSAL** |
| FEDERAL NATIONAL MORTGAGE ASSOC., *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

On October 22, 2024, the parties informed the Court that they reached a settlement of this matter. The parties were given 45 days to file a stipulated notice of dismissal. Then on December 5, 2024, the parties filed a Joint Motion to extend that deadline (R. 48), which the Court granted thereby resetting the deadline to January 6, 2025. To date, the parties have not filed a stipulated dismissal or moved for a further extension. Consequently, the docket is marked "resolved and dismissed without prejudice." On or before January 31, 2025, the parties shall file a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

IT IS SO ORDERED.

s/ *David A. Ruiz*
David A. Ruiz
United States District Judge

Date: January 14, 2025