IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| PATRICK D. TRIVISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00711<br><br>Judge David A. Ruiz<br><br>Magistrate Judge Jennifer Dowdell Armstrong |

**JOINT MOTION FOR EXTENSION OF DEADLINE TO FILE STIPULATION OF DISMISSAL**

Plaintiff Patrick D. Trivison, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendants Federal National Mortgage Association ("Fannie Mae") and Citizens Bank, N.A. ("Citizens", together with Fannie Mae, the "Defendants") hereby move this Court for an Entry extending their deadline to file a dismissal of this action until March 5, 2025. The reasons for the Joint Motion for fully contained in the Memorandum on Support incorporated herein by reference.

WHEREFORE Plaintiff Patrick D. Trivison and Defendants Federal National Mortgage Association and Citizens Bank, N.A. respectfully request an extension of time to file a stipulated dismissal in this matter until March 5, 2025 and for all other relief that this Court may deem just and proper.

                Respectfully Submitted,

| | |
|---|---|
| */s/Marc E. Dann (per email consent 01-31-25)* | */s/ Kathleen A. Nitschke* |
| Marc E. Dann (0039425) | Kerin Lyn Kaminski (0013522) |
| Brian D. Flick (0081605) | Kathleen A. Nitschke (0073397) |
| Daniel M. Solar (0085632) | Perez & Morris LLC |
| Michael A. Smith Jr. (0097147) | 1300 East Ninth Street, Suite 1600 |
| DannLaw | Cleveland, Ohio 44114 |
| 15000 Madison Avenue | Telephone: 216-621-5161 |
| Lakewood, OH 44107 | Facsimile: 216-621-2399 |
| Telephone: (216) 373-0539 | E-Mail: kkaminski@perez-morris.com |
| Facsimile: (216) 373-0536 | knitschke@perez-morris.com |
| notices@dannlaw.com | |
| | *Counsel for Defendants Federal National* |
| Thomas A. Zimmerman, Jr. | *Mortgage Association and Citizens Bank, N.A.* |
| (Admitted *pro hac vice*) | |
| tom@attorneyzim.com | |
| ZIMMERMAN LAW OFFICES, P.C. | |
| 77 W. Washington Street, Suite 1220 | |
| Chicago, Illinois 60602 | |
| Telephone: (312) 440-0020 | |

*Counsel for Plaintiff and the putative Class*

## **MEMORANDUM IN SUPPORT OF MOTION TO EXTEND DEADLINE**

Plaintiff Patrick D. Trivison, individually and on behalf of all others similarly situated ("Plaintiff") and Defendants, Federal National Mortgage Association and Citizens Bank, N.A. ("Defendants") seek to have this Court extend the existing deadline for the Parties to file their Stipulation of Dismissal from the current deadline of January 31, 2025 until March 5, 2025 as the Parties need additional time to finalize the material terms of the settlement agreement.

Pursuant to this Court's January 16, 2025 Order of Dismissal, the Parties are required to submit a proposed and executed stipulation and order of dismissal with prejudice by January 31, 2025. *See, e.g. generally,* ECF 49.  Since that time the Parties have continued to work on finalizing all material terms of the settlement including mutual performance of some proposed terms during this time however additional time is needed to complete all obligations under it.  The Parties are filing this Motion on a good faith basis and do not reasonably believe that the further extension will delay the administration of this case.

WHEREFORE Plaintiff Patrick D. Trivison and Defendants Federal National Mortgage Association and Citizens Bank, N.A. respectfully request an extension of time to file a stipulated dismissal in this matter until March 5, 2025 and for all other relief that this Court may deem just and proper.

                                                Respectfully Submitted,

| | |
|---|---|
| */s/Marc E. Dann (per email consent 01-31-25)* | */s/ Kathleen A. Nitschke* |
| Marc E. Dann (0039425) | Kerin Lyn Kaminski (0013522) |
| Brian D. Flick (0081605) | Kathleen A. Nitschke (0073397) |
| Daniel M. Solar (0085632) | Perez & Morris LLC |
| Michael A. Smith Jr. (0097147) | 1300 East Ninth Street, Suite 1600 |
| DannLaw | Cleveland, Ohio 44114 |
| 15000 Madison Avenue | Telephone:   216-621-5161 |
| Lakewood, OH 44107 | Facsimile:   216-621-2399 |
| Telephone: (216) 373-0539 | E-Mail:       kkaminski@perez-morris.com |
| Facsimile: (216) 373-0536 | knitschke@perez-morris.com |
| notices@dannlaw.com | *Counsel for Defendants Federal National Mortgage Association and Citizens Bank, N.A.* |

Thomas A. Zimmerman, Jr.
(Admitted *pro hac vice*)
tom@attorneyzim.com
ZIMMERMAN LAW OFFICES, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
Telephone: (312) 440-0020

*Counsel for Plaintiff and the putative Class*

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 31, 2025, I electronically filed this Joint Status Report with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

            */s/ Kathleen A. Nitschke*
            Kathleen A. Nitschke (0073397)
            Perez & Morris LLC

            *Counsel for Defendants Federal National Mortgage Association and Citizens Bank, N.A.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| PATRICK D. TRIVISON, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>                Defendants. | Case No. 1:20-cv-00711<br><br>Judge David A. Ruiz<br><br>Magistrate Judge Jennifer Dowdell Armstrong<br><br>**ENTRY** |

This matter comes before the Court upon the *Joint Motion for Extension of Deadline to File Stipulation of Dismissal*. The reasons for the Parties' Joint Motion are fully contained in the Memorandum in Support contained in the Motion. For good cause shown, the Motion is hereby GRANTED.

The parties shall have until March 5, 2025 to file a stipulated notice of dismissal of this action.

    **IT IS SO ORDERED.**

                                                     _____
                                                   DAVID A. RUIZ
                                                   UNITED STATES DISTRICT JUDGE