IT IS SO ORDERED.
/s/ *David A. Ruiz*
U.S. District Judge
3/4/2025

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| PATRICK D. TRIVISON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>Defendants. | Case No. 1:20-cv-00711<br><br>Judge David A. Ruiz<br><br>Magistrate Judge Jennifer Dowdell Armstrong |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S FIRST AMENDED COMPLAINT

Plaintiff Patrick D. Trivison, individually and on behalf of all others similarly situated, ("Plaintiffs") and Defendants Federal National Mortgage Association ("Fannie Mae") and Citizens Bank, N.A. ("Citizens", together with Fannie Mae, the "Defendants") hereby stipulate that Plaintiff's First Amended Complaint for Damages is hereby dismissed *with prejudice* pursuant to Civ.R. 41.  Each party shall bear its own costs.

Respectfully Submitted,

| | |
|---|---|
| /s/Brian D. Flick<br>Brian D. Flick (0081605)<br>Marc E. Dann (0039425)<br>Daniel M. Solar (0085632)<br>Michael A. Smith Jr. (0097147)<br>DannLaw<br>15000 Madison Avenue<br>Lakewood, OH 44107<br>Telephone: (216) 373-0539<br>Facsimile: (216) 373-0536<br>notices@dannlaw.com | /s/ Kathleen A. Nitschke (per email consent Mar. 4, 2025)<br>Kerin Lyn Kaminski (0013522)<br>Kathleen A. Nitschke (0073397)<br>Perez & Morris LLC<br>1300 East Ninth Street, Suite 1600<br>Cleveland, Ohio 44114<br>Telephone:  216-621-5161<br>Facsimile:   216-621-2399<br>E-Mail:        kkaminski@perez-morris.com<br>                       knitschke@perez-morris.com |

| | |
|---|---|
| Thomas A. Zimmerman, Jr. | *Counsel for Defendants Federal National* |
| (Admitted *pro hac vice*) | *Mortgage Association and Citizens Bank, N.A.* |
| tom@attorneyzim.com | |
| ZIMMERMAN LAW OFFICES, P.C. | |
| 77 W. Washington Street, Suite 1220 | |
| Chicago, Illinois 60602 | |
| Telephone: (312) 440-0020 | |

*Counsel for Plaintiff and the putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2025, I electronically filed this Joint Status Report with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record.

/s/Marc E. Dann
Marc E. Dann (0039425)
Brian D. Flick (0081605)
Daniel M. Solar (0085632)
Michael A. Smith Jr. (0097147)
DannLaw
*Co-Counsel for Plaintiff Patrick D. Trivison and the putative Class*

2